fied to the circuit and probate courts that the will propounded as the last will of Eliza H. Disbrow, deceased, is her last will, and is entitled to be admitted to probate as such. The proponent will recover costs.

CAMPBELL, J. concurred.

COOLEY, C. J. and SHERWOOD, J. concurred in the result.

---

### THE CROOKSHANK ASSIGNMENT CASES.

*Costs on affirmance by equal division.*

Costs were withheld where, on review, the court was equally divided.

(Sarah Benedict v. John C. Crookshank and David C. Crookshank.)

Error to Ionia. (Montgomery, J.) June 11.—Sept. 29.

*Mitchel & McGarry* for defendants appellant

*L. H. Jennings* and *Morse, Wilson & Trowbridge* for claimant appellee.

(Jane McCabe v. Same defendants.)

Error to Ionia. (V. H. Smith, J.) June 11.—Sept. 29.

*Mitchel & McGarry* for defendants appellant.

*Albert Williams* for claimant appellee.

Claims against insolvent defendants, contested under How. Stat. § 8747, by their assignee. Defendants bring error. Affirmed by division.

PER CURIAM. In these cases the Court has been unable to agree in a conclusion, and the judgments will stand Affirmed without costs.